UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLEN WINDSOR,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL,

                    Defendants.

23-CV-1800 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the August 30, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 30, 2023
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                         Chief United States District Judge